**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Sherri Strole,

               Plaintiff,

v.

Progressive Insurance Company, et al.,

               Defendants.

No. CV-24-08212-PCT-KML

**ORDER**

On November 8, 2024, plaintiff Sherri Strole filed this suit against Progressive Insurance Company and Crash Champions Collision Repair. (Doc. 1.) The court informed Strole she was responsible for service of the summons and complaint. (Doc. 5.) The docket does not indicate Strole has served either defendant.

On December 12, 2024, Strole filed a "Motion to Compel Arbitration and Stay Proceedings." (Doc. 11.) That motion argues the parties have a valid arbitration agreement, but it does not explain why Strole filed this suit if she wishes to proceed directly to arbitration. That is, Strole likely could have initiated arbitration without first filing this suit and obtaining an order compelling arbitration. Because this motion appears premature or unnecessary, it is denied without prejudice. Strole may renew the motion if she can show a present need for an order compelling arbitration.

On December 23, 2024, Strole filed a motion to amend the complaint. (Doc. 14.) Strole explains she wishes to add another entity as a defendant. (Doc. 14 at 2.) The lodged document associated with that motion, however, is not a proposed amended complaint.

Instead, it is a proposed summons. (Doc. 15.) Local Rule 15.1 requires a party seeking to amend its complaint attach a copy of the proposed complaint as an exhibit to the motion and that copy must include "bracketing or strike through the text to be deleted and underlining the text to be added." Because Strole did not indicate what changes she wished to make to her complaint, the motion to amend is denied without prejudice. Strole may file a renewed motion to amend but if she has not yet served the current complaint, she may amend her complaint without leave of court. Fed. R. Civ. P. 15(a)(1).

Accordingly,

**IT IS ORDERED** the Motion to Compel Arbitration (Doc. 11) and Motion to Amend (Doc. 14) are **DENIED WITHOUT PREJUDICE**.

Dated this 2nd day of January, 2025.

**Honorable Krissa M. Lanham**
**United States District Judge**