**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherri Strole, | No. CV-24-08212-PCT-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Progressive Insurance Company, et al., | |
| Defendants. | |

Plaintiff Sherri Strole filed a document titled "Second Amended Complaint." (Doc. 22.) That document requests the court replace current defendant "Progressive Insurance Company" with "Progressive Advanced Insurance Company." It appears Strole intended to name Progressive Advanced Insurance Company as the defendant in her original complaint and the allegations in that complaint relate to Progressive Advanced Insurance Company. The court will order substitution to allow for service of the complaint.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall update the docket to replace defendant Progressive Insurance Company with defendant Progressive Advanced Insurance Company.

/
/
/
/

1     **IT IS FURTHER ORDERED** the clerk shall forward new service forms for the named defendants to the plaintiff.

    Dated this 4th day of March, 2025.

*Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge